UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61319-CIV-COHN/SELTZER

ALLSTATE PROPERTY & CASUALTY
COMPANY,

       Plaintiff,

vs.

MICHAEL ADESSO, JR., as the personal
representative of the estate of KATHERINE
A. MATTISON, et al.,

       Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal Without Prejudice [DE 23]. The Court is advised that the parties have reached a settlement of all disputed claims, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**, each side to bear their own costs and fees. The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 27th day of June, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF